LOCKE LORD LLP
MICHAEL F. PERLIS (State Bar No. 095992)
Email: mperlis@lockelord.com
CARY JOY ECONOMOU (State Bar No. 211438)
Email: ceconomou@lockelord.com
F. PHILLIP HOSP (State Bar No. 265225)
Email: phosp@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: 213-485-1500
Facsimile: 213-456-1600

Attorneys for Plaintiff
ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>HAMILTON BREWART INSURANCE AGENCY LLC, ET AL.,<br><br>Defendants. | CASE NO. CV12-09277 JFW (Ex)<br><br>**DECLARATION OF CARY JOY ECONOMOU IN SUPPORT OF ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION**<br><br>Date: April 22, 2013<br>Time: 1:30 PM<br>Crtrm: 16<br>Assigned: Hon. John F. Walter<br><br>Attached: Exhibits 10 - 29 |

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071-3119

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071-3119

**DECLARATION OF CARY JOY ECONOMOU**

I, Cary Joy Economou, hereby declare as follows:

1. I am Senior Counsel with the law firm of Locke Lord LLP ("Locke Lord"), counsel for plaintiff Endurance American Specialty Insurance Company ("Endurance"). I make this Declaration in support of Endurance's Motion for Summary Judgment, or in the Alternative, Motion for Summary Adjudication, filed in the above-captioned action. The facts set forth in this declaration are true based on my own personal knowledge. If called as a witness, I could and would competently testify to the facts set forth herein.

2. I am familiar with the documents Locke Lord has received from Endurance in this action, including the claims files and the underwriting file. I am also familiar with the documents provided to Endurance in this action by Universal Bank and other parties, and with Locke Lord's general files and records.

3. Pursuant to Local Rule 7-3, Michael Perlis and I met and conferred with opposing counsel to discuss all of the bases on which Endurance moves for summary judgment, or in the alternative, summary adjudication. We met and conferred with Jerrold Abeles, counsel for Derek Brewart, on February 4, 2013. We met and conferred with Steven Brower, counsel for HBIA, on February 12, 2013.

4. Attached hereto as **Exhibit 10** is a true and correct copy of an email chain that Locke Lord received on January 31, 2013 from Terry M. Brennan, counsel for Marsh Berry & Company, in response to a subpoena served in this action. The first email dated August 01, 2012 at 3:29 PM is from Derek Brewart and contains the following subject "Re: Conference Call this afternoon?"

5. Attached hereto as **Exhibit 11** is a true and correct copy of a "Restitution Agreement" that Endurance received on January 31, 2013 from Terry M. Brennan, counsel for Marsh Berry & Company, in response to a subpoena served in this action.

6. Attached hereto as **Exhibit 12** is a certified copy of the Order Granting Plaintiff's Ex Parte Application for Appointment of Receiver, Order to Show Cause

**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071-3119

Why Receiver Should Not Be Confirmed, Temporary Restraining Order, and Order to Show Cause Why Preliminary Injunction Should Not Be Granted. The document was filed on September 29, 2012 in the action entitled *Universal Bank v Hamilton Brewart Insurance Agency LLC, et al.*, Los Angeles Superior Court, case number KC064745 ("Universal Bank Action").

7. Attached hereto as **Exhibit 13** is a certified copy of the Declaration of Armando Carlos in Support of Ex Parte Application to Appoint Receiver, which was filed in the Universal Bank Action.

8. Attached hereto as **Exhibit 14** is a certified copy of the Declaration of Mitchell Foon in Support of Ex Parte Application to Appoint Receiver, which was filed in the Universal Bank Action.

9. Attached hereto as **Exhibit 15** is a certified copy of the Receiver's First Interim Report for the Period Ended November 15, 2012. This document was filed on November 14, 2012 in the Universal Bank Action.

10. Attached hereto as **Exhibit 16** is a certified copy of the Receiver's Second Interim Report for the Period Ended December 15, 2012. This document was filed on December 24, 2012 in the Universal Bank Action.

11. Attached hereto as **Exhibit 17** is a certified copy of the Receiver's Third Interim Report for the Period Ended January 15, 2013. This document was filed on January 18, 2013 in the Universal Bank Action.

12. Attached hereto as **Exhibit 18** is a true and correct copy of a letter dated October 3, 2012 from Thomas R. Linn to Derek Brewart. Locke Lord received this document on January 31, 2013 from Terry M. Brennan, counsel for Marsh Berry & Company, in response to a subpoena served in this action.

///

///

///

///

13. Attached hereto as **Exhibit 19** is a true and correct copy of an email chain that Locke Lord received on January 31, 2013 from Terry M. Brennan, counsel for Marsh Berry & Company, in response to a subpoena served in this action. The first email dated June 15, 2012 at 12:24 PM is from Derek Brewart to Chris Darst and contains the subject "2011 Operating Statement (as of 12-31-11) Actual-Under New Owner.xlsx."

14. Attached hereto as **Exhibit 20** is a true and correct copy of an email chain that Locke Lord received on January 31, 2013 from Terry M. Brennan, counsel for Marsh Berry & Company, in response to a subpoena served in this action. The first email dated June 20, 2012 at 6:06 PM is from Derek Brewart to Chris Darst and contains the subject "HBI Balance Sheet 4-30-12 (B).pdf."

15. Attached hereto as **Exhibit 21** is a true and correct copy of an email chain that Locke Lord received on January 31, 2013 from Terry M. Brennan, counsel for Marsh Berry & Company, in response to a subpoena served in this action. The first email dated July 18, 2012 at 3:11 PM is from Derek Brewart to Tom Linn and contains the subject "Profit & Loss Statement as of 06-30-12.xlsx."

16. Attached hereto as **Exhibit 22** is a true and correct copy of the verified complaint filed in the action entitled *Ramsinh Tantod, et al. v. Hamilton Brewart, et al.*, San Bernardino Superior Court, case number CIVRS1203384.

17. Attached hereto as **Exhibit 23** is a true and correct copy of an email chain that Locke Lord received on January 31, 2013 from Terry M. Brennan, counsel for Marsh Berry & Company, in response to a subpoena served in this action. The first email dated July 27, 2012 at 12:50 PM is from Derek Brewart to Chris Darst and contains the subject "Ramsinh tantod."

///

///

///

///

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071-3119

18. Attached hereto as **Exhibit 24** is a certified copy of the complaint filed on December 21, 2012 in the action entitled *Theodore Lanes, et al. v. Hamilton Brewart Insurance Agency, Inc., et al.*, Los Angeles Superior Court, case number KC065305.

19. Attached hereto as **Exhibit 25** are true and correct copies of two Insurance Premium Finance and Security Agreements executed by Derek Brewart in applying for premium financing for Capital Asset Management Group, Inc. and Yorba Investors. These documents were produced by Anthony Rothman, counsel for Universal Bank, on March 8, 2013 in response to a subpoena served by Endurance in this action.

20. Attached hereto as **Exhibit 26** are relevant portions of the reporter's transcript for the Deposition of Derek Brewart taken on March 13, 2013.

21. Attached hereto as **Exhibit 27** are relevant portions of the reporter's transcript for the Deposition of Caryn M. Silverman taken on February 7, 2013.

22. Attached hereto as **Exhibit 28** are relevant portions of the reporter's transcript for the Deposition of Richard Appel taken on January 17, 2013.

23. Attached hereto as **Exhibit 29** is a true and correct copy of the September 8, 2011 order granting Endurance's Motion for Summary Judgment Against Defendant Michael T. Nommensen, which was entered in the action entitled *Endurance American Specialty Insurance Co. v. AFA Financial Group, LLC, et al.*, United States District Court, Central District of California, case number 2:11-cv-01073-DSF-AJW.

I declare under the penalty of perjury under the laws of the United States of America and California that the forgoing is true and correct and that this declaration was executed this 25th day of March 2013, at Los Angeles, California.

Cary Joy Econom

Cary Joy Economou

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071-3119