Michael F. Perlis (SBN 095992)
mperlis@lockelord.com
Cary Joy Economou (SBN 211438)
ceconomou@lockelord.com
F. Phillip Hosp (SBN 265225)
phosp@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, California  90071
Telephone:  (213) 485-1500
Facsimile:   (213) 485-1200

JS-6

Attorneys for Plaintiff
ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>               Plaintiff,<br><br>       vs.<br><br>HAMILTON BREWART INSURANCE AGENCY, LLC, a California limited liability company; DEREK BREWART, an individual; DEREK BREWART, AS TRUSTEE OF THE HAMILTON BREWART TRUST,<br><br>               Defendants. | Case No.   CV12-9277 JFW (Ex)<br><br>Hon. John F. Walter<br><br>**FINAL JUDGMENT**<br><br>Action Filed: October 29, 2012<br>Amended Complaint: Jan. 14, 2013<br>Discovery Cutoff: June 3, 2013<br>Final PTC Date:  July 19, 2013<br>Trial Date:    July 30, 2013 |

1

[PROPOSED] FINAL JUDGMENT

THIS MATTER is before the Court at the stipulated requested of Plaintiff Endurance American Specialty Insurance Company ("Endurance") and Defendant Hamilton Brewart Insurance Agency LLC ("HBIA").

This Court previously entered the following:

1. On January 29, 2013, a Default by Clerk was entered as to Derek Brewart, as Trustee of the Hamilton Brewart Trust (Docket No. 59).

2. On April 18, 2013, this Court granted Endurance's Motion for Summary Judgment against Defendants Derek Brewart, individually, and as Trustee of the Hamilton Brewart Trust (Docket No. 106).

In light of the Court's rulings and a settlement entered into by and between Endurance and HBIA, pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii), the following matters have been dismissed with prejudice by Stipulation:

3. HBIA's Counter-claim as against Endurance (Docket No. 57).

THEREFORE, IT IS HEREBY ORDERED and ADJUDGED as follows:

1. Judgment is entered in favor of Endurance against Defendants Derek Brewart, individually and as Trustee of the Hamilton Brewart Trust, on the grounds set forth in the Court's April 18, 2013 Order (Docket No. 106), which Order is incorporated herein by reference as though fully set forth;

2. The Professional Liability Insurance Policy, Number PPL 10002126201 that Endurance issued to Hamilton Brewart Insurance Agency LLC for the Policy Period of July 1, 2011 to July 1, 2012 is rescinded and is rendered void *ab initio*.

3. The Professional Liability Insurance Policy, Number PPL 10002126202 that Endurance issued to Hamilton Brewart Insurance Agency LLC for the Policy Period of July 1, 2012 to July 1, 2013 is rescinded and is rendered void *ab initio*.

4. Judgment is further entered in accordance with the Stipulation of Dismissal concurrently filed with this Court;

5. This action is dismissed with prejudice, in its entirety, with all parties bearing their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: June 10, 2013

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE